C. G. Sherman, Trading as Western Tree Company, Plaintiff Below. Foley Brokerage Company, Appellant, v. Sam Gordon et al., Defendants Below. Sam Gordon, Appellee.

Gen. No. 43,069.

Heard in the second division, first district, this court at the June term, 1944; opinion filed April 19, 1945; rehearing denied May 1, 1945; released for publication May 2, 1945. Oscar S. Seaver and J. Edward Jones, for appellant; Golbus & Golbus, for appellee. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.